UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FRANCISCO CARTAGENA,

Defendant.

13-CR-427 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 15, 2021 the Court received a *pro se* motion for early termination of supervised release from defendant Francisco Cartagena. The Court asks Mr. Cartagena's trial counsel, Thomas Kenniff, to submit a memorandum in support of Mr. Cartagena's motion. This memorandum is due July 12, 2021. The Government's response is due July 26, 2021. The Court does not invite a reply.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2021
New York, New York