UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,
       *Plaintiff,*

                v. No. 1:13-CR-427-KTD-1

FRANCISCO CARTAGENA,
       *Defendant.*

-------------------------------------------------------x

## MOTION FOR EARLY TERMINATION
## OF SUPERVISED RELEASE

**NOW COMES** FRANCISCO CARTAGENA, motioning this Court *in propria persona* (*pro se*) to terminate the imposed term of supervised release, reducing such to a "time already served" duration. This request is made pursuant to title 18 United States Code §3583(e) and Federal Rules of Criminal Procedure 32.1(c). Under the same rule of criminal procedure, no hearing is requested in this matter.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 38.

                                                            3/10/2023

                      SO ORDERED.

                                          *Paul A. Engelmayer*
                                          PAUL A. ENGELMAYER
                                          United States District Judge